FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 OCT 21  PM 3: 23

William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| PATRICK BOLLIG, | |
|---|---|
| Plaintiff, | |
| v. | Case No. F05-0004 -CV (RRB) |
| SAM'S WEST, INC., d/b/a SAM'S CLUB # 6603, | |
| Defendant. | **MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED TO AND AGREED, pursuant to D.AK.LR 83.1(f)(3)(a)(i)(ii), that James K. Juliussen of Davis Wright Tremaine LLP, counsel for defendant, may withdraw as attorney of record from the above-captioned matter and William A. Earnhart of Lane Powell LLC, may substitute in as attorney of record for defendant, SAM'S WEST, INC., d/b/a SAM'S CLUB #6603.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant

October 21, 2005
Date

By _____
James H. Juliussen – ASBA 9211082

LANE POWELL LLC
Attorneys for Defendant

10/21/05
Date

By _____
William A. Earnhart - ASBA No. 9411099

**FILED**

DEC 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____TG_____ Deputy

**ORDER**

THIS COURT, having reviewed the Stipulation to Withdrawal and Substitution of Counsel executed by counsel for Plaintiff and Defendant, it is hereby

ORDERED that William A. Earnhart of Lane Powell LLC shall be substituted in for James H. Juliussen of Davis Wright Tremaine LLP as counsel of record for defendant, SAM'S WEST, INC., d/b/a SAM'S CLUB #6603.

12/5/05
Date

Judge Ralph R. Beistline

I certify that on October 21, 2005, a copy of the foregoing was served by mail on:

William B. Schendel, Esq.
Wintree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

999999.0040/1151320.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Motion For Withdrawal and Substitution of Counsel
*Bollig v. SAM'S WEST, INC., et al.*   (Case No. F05-0004-CV (RRB))   Page 2 of 2

F05-0004---CV (RRB)
W. SCHENDEL
P. GROVER (DAVIS)   12/6/05
W Earnhart

DEC-05-2005 09:03 AM