William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff Bollig

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| PATRICK BOLLIG, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>SAM'S WEST, INC., d/b/a )<br>SAM'S CLUB #6603, )<br>)<br>Defendant. )<br>_____ ) | Case No.: F05-0004-CV (RRB) |

**CERTIFICATE OF SERVICE**

William B. Schendel certifies as follows: That he is employed by Winfree Law Office, APC; that on the 11th day of January, 2006 he did cause to be sent by U.S. mail and electronically, the following document(s): **Stipulation to Continue all Pretrial Deadlines.** The envelope was addressed as follows:

    William A. Earnhart, Esq.
    LANE POWELL LLC
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-9511

        WINFREE LAW OFFICE
        A Professional Corporation
        For Plaintiff Benton

Dated: January 11, 2006   /s/ William B. Schendel
        301 Cushman Street, Suite 200
        Fairbanks, Alaska 99701
        Phone: (907) 451-6500
        Fax: (907) 451-6510
        E-Mail: will.schendel@winfreelaw.com
        Alaska Bar No. 7610128

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510