William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK BOLLIG,<br><br>                        Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>                        Defendant. | Case No. F05-0004 -CV (RRB)<br><br>**PROPOSED ORDER TO CONTINUE ALL<br>PRETRIAL DEADLINES** |

IT IS HEREBY ORDERED that the following pretrial deadlines be extended as follows:

| | | Original Date: | Date Now Due: |
|---|---|---|---|
| 1. | Final Witness List | January 13, 2006 | March 13, 2006 |
| 2. | Discovery Closes | March 1, 2006 | May 1, 2006 |
| 3. | Discovery Motions | April 3, 2006 | June 3, 2006 |
| 4. | Motions in Limine/Dispositive | April 3, 2006 | June 3, 2006 |

IT IS HEREBY ORDERED, this ____ day of January, 2006.

_____
Judge Ralph R. Beistline

I certify that on January 11, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

By: /s/ Jennifer A. Heck