William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PATRICK BOLLIG,

           Plaintiff,

v.

SAM'S WEST, INC., d/b/a
SAM'S CLUB # 6603,

           Defendant.

Case No. F05-0004 -CV (RRB)

**ORDER TO CONTINUE ALL PRETRIAL DEADLINES**

IT IS HEREBY ORDERED that the following pretrial deadlines be extended as follows:

|    |                               | Original Date:   | Date Now Due:   |
|----|-------------------------------|------------------|-----------------|
| 1. | Final Witness List            | January 13, 2006 | March 13, 2006  |
| 2. | Discovery Closes              | March 1, 2006    | May 1, 2006     |
| 3. | Discovery Motions             | April 3, 2006    | June 3, 2006    |
| 4. | Motions in Limine/Dispositive | April 3, 2006    | June 3, 2006    |

IT IS HEREBY ORDERED, this 12 day of January, 2006.

Judge Ralph R. Beistline