William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| PATRICK BOLLIG,<br><br>Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>Defendant. | Case No. F05-0004 -CV (RRB)<br><br>[PROPOSED] ORDER RE:<br>STIPULATION TO CONTINUE FINAL<br>WITNESS LIST DEADLINE |
|---|---|

The Stipulation To Continue Final Witness List Deadline is hereby GRANTED. The Final Witness List is due on March 23, 2006.

DATED: March ___, 2006.

_____
Judge Ralph R. Beistline

I certify that on March 10, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

By: /s/ William A. Earnhart

111655.0255/154039.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631