William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK BOLLIG,

                  Plaintiff,

v.

SAM'S WEST, INC., d/b/a
SAM'S CLUB # 6603,

                  Defendant.

Case No. F05-0004 -CV (RRB)

**STIPULATION TO CONTINUE FINAL
WITNESS LIST DEADLINE**

COME NOW the parties, by and through counsel, and stipulate that the March 13, 2006 Final Witness List deadline be extended ten (10) days until March 23, 2006. The parties have stipulated to this extension to facilitate the orderly exchange of final witness lists. This stipulation is not being sought in furtherance of delay.

WINFREE LAW OFFICE, PC
Attorneys for Plaintiff

By /s/William A. Earnhart for William B.
Schendel (via e-mail approval)
   William B. Schendel
   301 Cushman St. Suite 200
   Fairbanks, Alaska 99701-4629
   Tel: (907)451-6500
   Fax: (907) 451-6510
   E-mail: will.schendel@winfreelaw.com
   ASBA No. 7610128

Dated: March 10, 2006

LANE POWELL LLC
Attorneys for Defendant

By /s/ William A. Earnhart
   William A. Earnhart
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, Alaska 99503-2648
   Telephone 907-277-9511
   Facsimile 907-276-2631
   E-mail: earnhartw@lanepowell.com
   ASBA No. 9411099

Dated: March 10, 2006

111655.0255/154038.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK BOLLIG,

Plaintiff,

v.

SAM'S WEST, INC., d/b/a
SAM'S CLUB # 6603,

Defendant.

Case No. F05-0004 -CV (RRB)

**[PROPOSED] ORDER RE:
STIPULATION TO CONTINUE FINAL
WITNESS LIST DEADLINE**

The Stipulation To Continue Final Witness List Deadline is hereby GRANTED. The Final

Witness List is due on March 23, 2006.

DATED: March 13, 2006

Judge Ralph R. Beistline

I certify that on March 10, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

By:  /s/ William A. Earnhart

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

111655.0255/154039.1