William A. Earnhart, Esq., ASBA No. 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK BOLLIG,<br><br>                                  Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>                                  Defendant. | Case No. F05-0004 -CV (RRB)<br><br>**DECLARATION OF RUDY A. ENGLUND<br>IN SUPPORT OF MOTION OF<br>NONRESIDENT ATTORNEY FOR<br>PERMISSION TO APPEAR<br>AND PARTICIPATE** |

I, Rudy A. Englund, declare as follows:

1. I am over the age of 18 years and am competent to testify to the facts and matters contained herein.

2. I am known by the following variations of my name: _____N/A_____

3. My office address is Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, WA 98101-2338 and I reside in Seattle, Washington.

4. I was admitted to practice in Washington State in 1975 and have resided in the State of Washington continuously since 1957. My Washington State Bar Number is 04123.

5. I am not the subject of any pending disciplinary actions in any jurisdiction or before any court to which I have been admitted to practice.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

EXHIBIT __B__
PAGE __1__ OF __2__

6. I have never been suspended or disbarred on account of disability or any other reason in any other jurisdiction or court to which I have been admitted to practice.

7. I have read Local Rules of the United States District Court in Alaska.

DATED this 13th day of March, 2006.

LANE POWELL LLC
Attorneys for Defendant

By _____
Rudy A. Englund
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Tel: (206) 223-7000
Fax: (206) 223-7107
Email: englundr@lanepowell.com
WSBA No. 04123

111655.0255/154037.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT B
PAGE 2 OF 2

Declaration of Rudy A. Englund In Support of Motion of Nonresident Attorney
For Permission To Appear and Participate
*Bollig v. SAM'S WEST, INC., et al.*   (Case No. F05-0004-CV (RRB))   Page 2 of 2