William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff Bollig

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| PATRICK BOLLIG,        )  | |
| )  | |
| Plaintiff,    )  | |
| vs.                    )  | |
| )  | |
| SAM'S WEST, INC., d/b/a )  | Case No.:  F05-0004-CV (RRB) |
| SAM'S CLUB #6603,      )  | |
| )  | |
| Defendant.    )  | |
| _____)  | |

**PLAINTIFF BOLLIG'S FINAL WITNESS LIST**

Plaintiff Patrick Bollig here submits his Final Witness List:

1. Bauman, Shawn

2. Bautista, Ubaldo

3. Benton, Carol

4. Bidlack, Norma

5. Blissett, Rachel

6. Bollig, Patrick

7. Conklin, Sam

8. Chamberlain, Mark

9. Daly, John

10. Gilmore, Britney

11. Green, Ernie

12. Hicks, Donna

13. Higginbotham, Steve

14. Jordan, Monte

15. Kohn, Carlton

16. Ladue, Ross

17. Mitchel, Cody

18. Parsons, Allison

19. Paschall, Kelly

20. Records Custodian – Sam's

21. Records Custodian – Alaska Department of Labor

22. Ringstad, Barbara

23. Roberts, Michael

24. Schupe, Cheryl

25. Spragg, Greg

26. Swanson, Celia

27. Tindale, Steve

28. Sam's Rule 30(b)(6) designee

29. Sam's Witnesses

30. Rebuttal Witnesses

Dated this 23rd day of March, 2006, at Fairbanks, Alaska.

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

```
                          WINFREE LAW OFFICE
                          A Professional Corporation
                          For Plaintiff Bollig

                          /s/ William B. Schendel
                          301 Cushman Street, Suite 200
                          Fairbanks, Alaska 99701
                          Phone: (907) 451-6500
                          Fax: (907) 451-6510
                          E-Mail: will.schendel@winfreelaw.com
                          Alaska Bar No. 7610128
```

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2006, a copy of foregoing <u>Final Witness List</u> was served electronically on:

William A. Earnhart
Lane Powell PC
301 W. Northern Lights Blvd.,301
Anchorage, Alaska 99503-2648

Rudy A. Englund
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338


/s/ William B. Schendel
Winfree Law Office



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

Bollig v. Sam's West, Inc. d/b/a Sam's Club #6603    Case No. F05-0004-CV (RRB)
*Final Witness List*                                                    Page 3