William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff Bollig

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| PATRICK BOLLIG, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| SAM'S WEST, INC., d/b/a ) | Case No.: F05-0004-CV (RRB) |
| SAM'S CLUB #6603, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE TO COURT RE SETTLEMENT**

Plaintiff Patrick Bollig hereby notifies the court that the parties have agreed to settle this case, and will shortly submit appropriate documents.

Dated this 25th day of April, 2006 at Fairbanks, Alaska.

    WINFREE LAW OFFICE
    A Professional Corporation
    For Plaintiff Bollig

    /s/ William B. Schendel
    301 Cushman Street, Suite 200
    Fairbanks, Alaska 99701
    Phone: (907) 451-6500
    Fax: (907) 451-6510
    E-Mail: will.schendel@winfreelaw.com
    Alaska Bar No. 7610128



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2006,
a copy of the foregoing, **Notice to Court re Settlement** was
served electronically [and/or] by
U.S. Mail on the following:

William A. Earnhart
Lane Powell PC
301 W. Northern Lights Blvd.,301
Anchorage, Alaska 99503-2648

Rudy Englund, Atty.
Lane Powell
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338


/s/ William B. Schendel
Winfree Law Office



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

BOLLIG v. SAM'S WEST, INC.    Case No. F05-0004CV (RRB)
*Notice to Court re Settlement*    Page 2