William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff Bollig

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| PATRICK BOLLIG, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| SAM'S WEST, INC., d/b/a ) | Case No.: F05-0004-CV (RRB) |
| SAM'S CLUB #6603, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PLAINTIFF BOLLIG'S STATUS REPORT re SETTLEMENT**

Counsel have agreed to file settlement documents no later than June 7, 2006. Those documents will include an unopposed motion to approve the terms of the settlement.

Dated this 31st day of May, 2006 at Fairbanks, Alaska.

        WINFREE LAW OFFICE
        A Professional Corporation
        For Plaintiff Bollig

        /s/ William B. Schendel
        301 Cushman Street, Suite 200
        Fairbanks, Alaska 99701
        Phone: (907) 451-6500
        Fax: (907) 451-6510
        E-Mail: will.schendel@winfreelaw.com
        Alaska Bar No. 7610128



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006,
a copy of the foregoing, **Plaintiff's Status Report *re* Settlement** was
served electronically on the following:

William A. Earnhart
Lane Powell PC
301 W. Northern Lights Blvd.,301
Anchorage, Alaska 99503-2648

Rudy Englund, Atty.
Lane Powell
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338


/s/ William B. Schendel
Winfree Law Office



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510