Rudy A. Englund, WSBA No. 04123
*Admitted Pro Hac Vice*
Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone:   (907) 277-9511
Facsimile:    (907) 276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK BOLLIG,<br><br>                                  Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>                                  Defendant. | Case No. F05-0004 -CV (RRB)<br><br>**NOTICE OF FILING UNDER<br>SEAL MOTION FOR APPROVAL OF<br>SETTLEMENT (A.S. 23.10.110(j))** |

COMES NOW the Defendant, by and through counsel, and hereby files, under seal, its Motion for Approval of Settlement in the above case pursuant to A.S. 23.10.110(j).

DATED this 7th day of June, 2006.

                                       LANE POWELL LLC
                                       Attorneys for Defendant


                                       By s/Rudy A. Englund
                                           Rudy A. Englund - WSBA No. 04123
                                       *Admitted Pro Hac Vice*
                                           Brewster H. Jamieson, ASBA No. 8411122

I certify that on June 7, 2006, a copy
of the foregoing was served by mail on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

s/Amanda Lund
Amanda Lund
111655.0255/155285.1

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631