Rudy A. Englund, WSBA No. 04123
*Admitted Pro Hac Vice*
Brewter H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone:   (907) 277-9511
Facsimile:   (907) 276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK BOLLIG,<br><br>            Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>            Defendant. | Case No. F05-0005-CV (RRB)<br><br>**NOTICE OF CHANGE OF COUNSEL<br>FOR DEFENDANT<br><u>WAL-MART STORES, INC.</u>** |

NOTICE IS HEREBY GIVEN that William A. Earnhart is no longer associated with Lane Powell, LLC and should be removed from the service list as attorney for defendant, Wal-Mart Stores, Inc.  All future electronic filings, pleadings, discovery, correspondence and related materials should be directed to:  Peter C. Partnow, ASBA # 7206029, Lane Powell LLC, 301 W. Northern Lights Blvd., Suite 301, Anchorage, AK 99503-2648.

DATED this 15th day of June, 2006.

I certify that on June 15, 2006, a copy
of the foregoing was served by mail on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

s/Rudy A. Englund
111655.0256/155481.1

LANE POWELL LLC
Attorneys for Defendant

By  s/Rudy A. Englund
     Rudy A. Englund - WSBA No. 04123
     *Admitted Pro Hac Vice*
     Brewster H. Jamieson, ASBA No. 8411122

**LANE POWELL** LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631